```
                                                                    FILED
                                                                   ENTERED                    RECEIVED
                                                                         COUNSEL/PARTIES OF RECORD
                                                                          MAR 2 2 2013

                                                                         CLERK US DISTRICT COURT
                                                                  BY:      DISTRICT OF NEVADA
                                                                                                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMER "SUNNY" RAMO,<br><br>Defendant. | 2:12-CR-293-GMN-(PAL) |

## FINAL ORDER OF FORFEITURE

On November 20, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2344(c) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant AMER "SUNNY" RAMO to the criminal offense, forfeiting specific property alleged in the Criminal Indictment and the Bill of Particulars and agreed to in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant AMER "SUNNY" RAMO pled guilty. Criminal Indictment, ECF No. 10; Bill of Particulars, ECF No. 17; Change of Plea Minutes, ECF. No. 27; Plea Agreement, ECF No. 28; Preliminary Order of Forfeiture, ECF No. 29.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

. . .

consecutively from November 28, 2012, through December 27, 2012, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 30.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2344(c) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

1. $300.00 in United States Currency;
2. $750.00 in United States Currency;
3. 38 cartons of Marlboro Red cigarettes, lot number V123X11B1;
4. 10 packs of Marlboro Red cigarettes, lot number V123X11B1;
5. 2 master cases of Marlboro Red cigarettes, lot number V217Y58D2; and
6. 1 master case of Marlboro Light cigarettes, lot number N258X5002 ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

. . .

. . .

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 22 day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE